SYNDICATE ALLIANCE TRADING CO., INC. *v.* UNITED STATES

**No. 6418.**—Invoices dated London, England, April 1943, etc.
Certified May 1943, etc.
Entered at New York, N. Y., May 18, 1943, etc.
Entry Nos. 727780; 726327.

(Decided October 4, 1946)

*Jerome G. Clifford* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: Counsel for the respective parties have submitted these two appeals for decision upon a stipulation to the effect that the issues in these appeals are the same in all material respects as the issues involved and decided in *United States* v. *Wm. S. Pitcairn Corp.*, C. A. D. 334, and the record in that case has been admitted in evidence herein.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases. Judgment will be rendered accordingly.

H. W. ROBINSON & CO. ET AL. *v.* UNITED STATES

**No. 6419.**—Invoices dated Nottingham, England, July 24, 1943, etc.
Entered at New York, N. Y., August 31, 1943, etc.
Entry No. 706776, etc.

(Decided October 4, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: Counsel for the respective parties have agreed that the issues involved in the appeals listed in schedule A, hereto attached and made a part hereof, are the same in all material respects as the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence herein.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal.

Judgment will be rendered accordingly.